IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KYLE JAY SAMPSON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NORTHWESTERN/KLM AIRLINES** and | : | |
| **MILL RUN TOURS** | : | NO. 02-4340 |

### O R D E R

**AND NOW**, this        day of July, 2002, **IT IS HEREBY ORDERED** that plaintiff's Motion to Proceed In Forma Pauperis is **GRANTED** and as the court lacks subject matter jurisdiction in this case in which plaintiff predicates jurisdiction on diversity of citizenship, citing 28 U.S.C. § 1332, and asserts claims for breach of contract and negligence based on defendants' alleged failure to provide plaintiff with a proper airline ticket after he paid $909 and for which he requests $20,000 in damages, **IT IS FURTHER ORDERED** that the above action is **DISMISSED**, without prejudice to plaintiff to assert a claim in an appropriate state court.

                                                            **BY THE COURT:**


                                                            _____
                                                            **JAY C. WALDMAN, J.**